RAEGENOR, Respondent, v. BAINBRIDGE et al., Appellants. (Supreme Court Appellate Division, First Department. February 23, 1900.) Action by Louis C. Raegenor, as receiver, against Henry C. Bainbridge and another. A. C. Shenstone, for appellants. A. A. Cook, for respondent. No opinion. Judgment affirmed, with costs.

RANDALL et al., Respondents, v. BUNCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by John J. Randall and William G. Miller against George W. Bunce and John E. Turney. No opinion. Order affirmed on argument, with costs.

In re RASHKOVER. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of Cecilia Rashkover. No opinion. Motion granted, with $10 costs.

REICH, Respondent, v. OSWALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Carl Reich against Herman Oswald and David H. Smith. No opinion. Judgment of the municipal court affirmed on argument, with costs.

RHEINWALD v. NEW YORK CAB CO. (Supreme Court, Appellate Division, First Department: April 2, 1900.) Action by John Rheinwald against the New York Cab Company. No opinion. Motion granted, with $10 costs.

RINGEN et al., Respondents, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Meta Ringen and others, as executors, etc., of Diedrich Ringen and others, against the New York Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. March 23, 1900.) In the matter of Robert M. Robinson. No opinion. Motion denied.

ROCKWELL, Appellant, v. WHITTEMORE, Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Clarissa C. Rockwell against Orrin Whittemore and Laura A. Cafferty, as executrix, etc. No opinion. Motions for reargument and for leave to go to the court of appeals denied. See 62 N. Y. Supp. 1146.

ROGERS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Susan L. Rogers against the Manhattan Railway Company. A. O. Townsend, for appellant. C. H. Strong, for respondent. No opinion. Judgment affirmed, with costs.

ROOT, Respondent, v. GALLANNER, Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by John C. Root against Edmund Gallanner. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Sproull, Harmer & Sproull, for appellant. Matthew F. Ennis, for respondent.

PER CURIAM. The jury, not being bound to credit either defendant or his wife, could have found in the circumstances sufficient to warrant a finding of performance on the part of the plaintiff. The verdict should, therefore, not be disturbed. Some irrelevant evidence was admitted, but, in view of its substance, we believe the defendant was not prejudiced. Judgment affirmed, with costs.

ROSENBERG, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by Adolph Rosenberg against the Third Avenue Railroad Company. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. All concur except HIRSCHBERG, J., who took no part. See 61 N. Y. Supp. 1052.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of an application to remove Rupp and others. No opinion. Report of the referee confirmed, and proceeding dismissed, with costs as of an action against the partitioner. See 59 N. Y. Supp. 997; 61 N. Y. Supp. 1147; 62 N. Y. Supp. 1146.

RUTZLER, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Enoch Rutzler against David H. King, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

SACHS v. WALSH. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Catharine Sachs against William Walsh. No opinion. Motion granted, with $10 costs. See 60 N. Y. Supp. 214.

SCHEIL, Respondent, v. SWEET et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Patrick Scheil against Burdell W. Sweet, Lillian Sweet, and Frank Blow. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCHLUETER. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of Herman Schlueter. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 375.

In re SCHOOLEY. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of William H. Schooley. No opinion. Affidavit of service defective, in not stating that affiant knew the person served.

In re SCHOOLEY. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of William H. Schooley. No opinion. Motion granted.

SCHROEDER v. YOUNG. (Supreme Court, Appellate Division, First Department. April 2,

1900.) Action by Johannes Schroeder against John M. Young. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 110.

SCHWALBACH et al., Respondents, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Alex. Schwalbach and others against the Commercial Advertiser Association. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SCHWARTZ, Respondent, v. BRUCATO, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Evangeline Schwartz against Nellie Brucato. No opinion. Application granted, on condition that service of the notice of appeal be made upon the respondent within 10 days from the date of this decision.

SCHWARZ, Respondent, v. SUPREME LODGE KNIGHTS & LADIES OF HONOR, Appellant. (Supreme Court, Appellate Term. March 16, 1900.) Action by Magdalena Schwarz against the Supreme Lodge Knights and Ladies of Honor. From a judgment in favor of plaintiff (61 N. Y. Supp. 1147), defendant appeals. Affirmed. Henry F. Lippold, for appellant. Roesch & Steiner, for respondent.

PER CURIAM. Judgment affirmed, with costs.

In re SCOTT. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Roberts Scott for an order revoking the liquor-tax certificate of Frank J. Oppenheimer. No opinion. Order affirmed, with $10 costs and disbursements.

SEABOARD NAT. BANK, Appellant, v. WEED, Respondent. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by the Seaboard National Bank against Smith M. Weed. H. Aaron, for appellant. H. C. Quimby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SEITZ, Respondent, v. ELY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Louis F. Seitz against Joseph N. Ely. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SHARMAN, Appellant, v. MORNING JOURNAL ASS'N, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Mary Sharman against the Morning Journal Association. No opinion. Judgment affirmed, with costs.

SHEA, Appellant, v. GREAT CAMP OF KNIGHTS OF MACCABEES FOR NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Michael H. Shea, as administrator, etc., against Great Camp of the Knights of the Maccabees for New York. No opinion. Judgment and order affirmed, with costs. See 53 N. Y. Supp. 1114.

In re SHEPARD. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of George E. Shepard. No opinion. Motion granted, with $10 costs.

SHERRY v. METROPOLITAN ST. RY. CO. O'KEEFE v. SAME. (Supreme Court, Appellate Term. March 5, 1900.) Actions by James Sherry and Richard T. J. O'Keefe against the Metropolitan Street-Railway Company. From judgments in favor of plaintiffs, defendant appeals. Affirmed.

PER CURIAM. The judgment of the justice is sustained by the weight of the evidence. The exception to the question, "What, if anything, did you hear, at the time, that the tender was about crossing, or attempting to cross, the north-bound track?" was not well taken. Judgment affirmed, with costs.

SHERWOOD, Appellant, v. McCABE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by William Sherwood, as receiver, against James McCabe and others. R. J. Robeson, for appellant. E. J. Myers, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SIMON, Respondent, v. REESE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Mary Simon against William H. Reese, as sheriff, etc. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, P. J., who dissents.

SMITH, Respondent, v. CRONIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Helen Morse Smith against Jeremiah J. Cronin. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SMITH, Appellant, v. FIRTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Mary Smith against Christopher C. Firth and others. No opinion. Reargument ordered. Case restored to the calendar for Monday, March 26, 1900, unless the parties otherwise stipulate.

SMITH, Respondent, v. YAXLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Luke Smith against Edward Yaxley.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event, and the plaintiff required, within 20 days after the service of a copy of this order, to serve a bill of particulars specifying the time and place at which it is claimed the slanderous words were spoken, and also to give the name of at least one person present on such occasion.

SOCIALISTIC CO-OP. PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Divi-